UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

EDWARD L. BROWN, JR.,                    :
                     Plaintiff,        :
                                   :
        v.                     :        No. 5:25-cv-5008
                                   :
TOWER BEHAVIORAL HEALTH,      :
                    Defendant.       :

_____

# **O R D E R**

**AND NOW**, this 2nd day of June, 2026, upon consideration of the Complaint, filed

September 2, 2025, ECF No. 1; Defendant's Motion for Summary Judgment, filed March 9, 2026,

ECF No. 18; Plaintiff's Response in Opposition thereto, filed April 2, 2026, ECF No. 20;

Defendant's Reply in Support of its Motion for Summary Judgment, filed April 9, 2026, ECF No.

21; and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED**

**THAT:**

1.    Defendant's Motion for Summary Judgment, ECF No. 18, is **GRANTED.**

2.    **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff on all

    counts.

3.    The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge